[No. 29091-3-III.   Division Three.   January 26, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN LEWIS
EBERLY, JR., *Appellant*.

*Affirmed* by unpublished opinion per Korsmo,
J., concurred in by Kulik, C.J., and Sweeney, J.

[No. 29306-8-III.   Division Three.   January 26, 2012.]

YAKIMA AIR TERMINALM—MCALLISTER FIELD, *Respondent*, v.
M.A. WEST ROCKIES CORPORATION, *Appellant*.

*Remanded* by unpublished opinion per Siddoway,
J., concurred in by Korsmo, A.C.J., and Sweeney, J.

[No. 29313-1-III.   Division Three.   January 26, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL A.N. ROSS,
*Appellant*.

*Affirmed* by unpublished opinion per
Korsmo, J., concurred in by Kulik, C.J., and Siddoway, J.

[Nos. 29456-1-III; 29457-9-III.   Division Three.   January 26, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID JOHN EATON,
*Appellant*.

*Affirmed* by unpublished opinion
per Sweeney, J., concurred in by Kulik, C.J., and Brown, J.